JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

EDWARD HENDERSON,                    )  Case No. 2:16-cv-6766 CBM (SSx)
             Plaintiff,              )  **ORDER DISMISSING ENTIRE**
                     )  **ACTION WITH PREJUDICE**
     vs.                              )
                     )
LIFE INSURANCE COMPANY OF            )
NORTH AMERICA,                       )
                     )
          Defendant.                )

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-6766 CBM (SSx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

Dated: December 28, 2016

_____
Hon.  Consuelo B. Marshall
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

153268.1

1

Case No. 2:16-cv-6766 CBM (SSx)
ORDER DISMISSING ENTIRE ACTION WITH
PREJUDICE